UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN HAILE,

    Plaintiff,

v.                                    Case No.  4:21-cv-171-AW-MJF

MARK S. INCH, *et al.*,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court.[1] On May 9, 2021, the undersigned ordered Plaintiff to submit a fully completed motion for leave to proceed *in forma pauperis* with: (1) the requisite Prisoner Consent Form and Financial Certificate signed by a jail official, and (2) an attached printout of the transactions in Plaintiff's inmate trust account during the six-month period of incarceration preceding the filing of the suit. (Doc. 4). The undersigned warned Plaintiff that failure to comply with the order likely would result in dismissal of this case. (*Id.*). Plaintiff has not complied with the

---

[1] The District Court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

order and has not responded to the show cause order issued by the undersigned on June 22, 2021. (Doc. 5).[2]

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[3]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 12th of August, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[2] The show cause order imposed a twenty-one-day response deadline. (Doc. 5). The undersigned provided Plaintiff 30 additional days to respond in addition to the show-cause deadline.

[3] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); *Wilson v. Sargent*, 313 F.3d 1315, 1320-21 (11th Cir. 2002) (noting that courts may dismiss a prisoner's case for failing to pay the initial partial filing fee after issuing an order to show cause).