# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOHN HAILE,**

    **Plaintiff,**

**v.**                                                  Case No. 4:21-cv-171-AW-MJF

**MARK S. INCH, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's August 12 Report and Recommendation. ECF No. 6. No objections have been filed. The Report and Recommendation is now adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders." The clerk will then close the file.

SO ORDERED on September 27, 2021.

                                                s/ *Allen Winsor*
                                                United States District Judge